1   Nina Rabin, AZ Bar #025246
2   Workers' Rights Clinic
3   University of Arizona Rogers College of Law
4   1145 N. Mountain Ave.
5   Tucson, AZ 85719
6   Telephone: (520) 621-9206
7   Fax: (520) 626-5233
8   rabin@email.arizona.edu
9
10   Attorney for Plaintiff Maria Araujo

11

**UNITED STATES DISTRICT COURT**

DISTRICT OF ARIZONA

_____

| | |
|---|---|
| MARIA DE LA LUZ ARAUJO SANCHEZ, | ) |
| | )   Case No. _____ |
|     Plaintiff, | ) |
| | )   COMPLAINT FOR |
|     v. | )   VIOLATIONS OF THE FAIR |
| | )   LABOR STANDARDS ACT |
| TANIA'S FLOUR TORTILLAS & MEXICAN FOOD, | )   AND ARIZONA LAW; |
| ROSE RIVERA, ENRIQUE RIVERA, | )   DEMAND FOR JURY TRIAL |
| TANIA THOMPSON, AND OCTAVIO DORAME. | ) |
| | ) |
|     Defendants. | ) |
| | ) |

_____ )

## INTRODUCTION

1. This is an action by Plaintiff Maria Araujo ("Ms. Araujo") against her former

employers, Tania's Flour Tortillas & Mexican Food, Rose Rivera, Enrique

Rivera, Tania Thompson, and Octavio Dorame, (collectively hereinafter referred

to as "Defendants"). For approximately fifteen years, Ms. Araujo worked as a

cook and server for Defendants. Ms. Araujo regularly worked over forty hours a

1     week, at times working over sixty hours per week.  In clear contravention of

2     federal law, Defendants did not pay Ms. Araujo overtime wages.

3     2.  Ms. Araujo brings this action in order to recover damages arising out of

4     Defendants' willful violation of the Fair Labor Standards Act ("FLSA"), 29

5     U.S.C. § 201 *et seq.* and Arizona's Wage Payment Law, A.R.S. § 23-350 *et seq.*

6     3.  Specifically, Ms. Araujo seeks remedies for non-payment of overtime wages,

7     including liquidated, compensatory and punitive damages, prejudgment interest,

8     and costs and attorneys' fees, as provided by law.

9

10     **JURISDICTION AND VENUE**

11     4.  This complaint alleges causes of action under the Fair Labor Standards Act, 29

12     U.S.C. § 201 *et seq.*  Accordingly, this Court has jurisdiction pursuant to 28

13     U.S.C § 1331.  This complaint also alleges a cause of action under Arizona state

14     law that arises out of the same set of operative facts as the federal cause of action.

15     Accordingly, this Court has supplemental jurisdiction over the state claims

16     pursuant to 28 U.S.C. § 1367(a).

17     5.  Venue is proper in the District of Arizona under 28 U.S.C. § 1391(b) and (c),

18     because Defendants conduct business in this District and because Defendants failed

19     to pay Plaintiff overtime for services performed in Arizona.

20

21     **PARTIES**

22     6.  The Plaintiff, Ms. Araujo, is an individual who, at all times relevant to the instant

23     action, was a resident of the State of Arizona, County of Pima.

1     7.  Ms. Araujo was an employee of Defendants for approximately fifteen years,

2          where she worked as a cook and server until January 15, 2014.

3     8.  Defendant Tania's Flour Tortillas & Mexican Food is a restaurant with its

4          principal place of business at 2856 West Drexel Rd., Tucson, Arizona.

5     9.  Defendant Rose Rivera, a natural person and resident of Pima County, Arizona, is

6          an owner of Tania's Flour Tortillas.  She has the authority to hire or terminate the

7          employment of all employees and has the authority to oversee payroll and the

8          maintenance of the company's records and discipline employees.  She is the

9          mother of Defendant Tania Thompson and the wife of Defendant Enrique Rivera.

10    10. Defendant Enrique Rivera, a natural person and resident of Pima County,

11         Arizona, is an owner of Defendant Tania's Flour Tortillas.  He has the authority to

12         hire, terminate, and discipline all employees.  He is the husband of Defendant

13         Rose Rivera and the father of Defendant Tania Thompson.

14    11. Defendant Tania Thompson, a natural person and resident of Pima County,

15         Arizona, manages the daily operations of Tania's Flour Tortillas, including the

16         supervision and maintenance of Ms. Araujo's payroll, work schedules, and work

17         assignments and she has the authority to hire and terminate employees.  She is the

18         daughter of Defendants Rose and Enrique Rivera and the wife of Defendant

19         Octavio Dorame.

20    12. Defendant Octavio Dorame, a natural person and resident of Pima County,

21         Arizona has the authority to hire and terminate employees at Tania's Flour

22         Tortillas.  He is the husband of Defendant Tania Thompson.

23

**FACTUAL ALLEGATIONS**

13. Ms. Araujo was employed by Defendants as a cook and server at their restaurant for approximately fifteen years.  Her last day of employment was January 15, 2014.

14. Throughout Ms. Araujo's employment with Defendant and for the period relevant to the instant action, her hours frequently exceeded forty per week.

15. Ms. Araujo did not received overtime wages as required by the FLSA, 29 U.S.C. § 207, at any time relevant hereto.

16. Ms. Araujo requested overtime wages from Defendant Rose Rivera. Defendant Rose Rivera denied her request.

17. Defendants willfully ignored the possibility that the FLSA required Ms. Araujo to be paid overtime.

18. By willfully failing to pay overtime wages, Defendants enjoy ill-gained profits at the expense of Ms. Araujo.

19. At all relevant times herein, Defendant Tania's Flour Tortillas has been an enterprise that has had two or more employees handling, selling, or otherwise working on goods or materials that have been moved in or produced for commerce and has had an annual gross volume of sales made or business done of not less than $500,000.

20. Defendant Tania's Flour Tortillas and the individual Defendants were, at all times relevant hereto, Plaintiff's employers within the meaning of the FLSA, 29 U.S.C. § 203(d) and A.R.S. § 23-350.

1   21. All Defendants were joint employers of Ms. Araujo within the meaning of 29

2       U.S.C. § 203(d) and 29 C.F.R. § 791.2 for all times relevant to this action and are

3       jointly and severally liable to Ms. Araujo for violations of her rights under the

4       FLSA and Arizona law.

5

6                           **FIRST CLAIM FOR RELIEF:**

7       **FAILURE TO PAY OVERTIME WAGES PURSUANT TO 29 U.S.C. § 207**

8   22. Ms. Araujo hereby re-alleges and incorporates by reference the preceding

9       paragraphs as if they were set forth again herein.

10  23. Section 7 of the FLSA, 29 U.S.C. § 207, establishes the right of all persons who

11      are "suffered or permitted to work" to have their employer pay the correct

12      overtime rate for all hours worked in excess of forty hours in a workweek.

13  24. Defendants failed to pay Ms. Araujo wages at the overtime rate for the hours she

14      worked in excess of forty hours per week, in violation of 29 U.S.C. § 207(a)(1).

15  25. Defendants acted neither in good faith nor with reasonable grounds to believe that

16      their actions and omissions were not a violation of the FLSA.

17  26. Because Defendants' violations of the FLSA demonstrated reckless disregard for

18      the requirements of FLSA, their violations of FLSA were willful.

19  27. Ms. Araujo has been harmed as a result of Defendants' violations of section 207,

20      including loss of earnings and emotional distress, all of which will be proven at

21      trial.

22  28. Based on the foregoing and pursuant to 29 U.S.C. § 216(b), Ms. Araujo seeks

23      unpaid overtime wages at the required legal rate for all of her working hours

1  during the relevant time period, liquidated damages, prejudgment interest,

2  attorneys' fees and litigation costs, and all other costs, penalties and damages

3  allowed by law.

4

5  **SECOND CLAIM FOR RELIEF:**

6  **VIOLATION OF ARIZONA WAGE PAYMENT LAWS,**

7  **A.R.S. § 23-350, *et seq.***

8  29. Ms. Araujo hereby re-alleges and incorporates by reference the preceding

9  paragraphs as if they were set forth again herein.

10  30. A.R.S. § 23-351(C)(3) requires that employers pay all wages due, including

11  overtime wages, no later than sixteen days after the most recent pay period.

12  31. Defendants have not paid Ms. Araujo overtime wages for hours that she worked

13  for several years, in violation of Arizona law.

14  32. Ms. Araujo has been harmed as a result of the Defendants' violation of A.R.S. §

15  23-351(C)(3), including loss of earnings and emotional distress, which will be

16  proven at trial.

17  33. Based on the foregoing, Ms. Araujo seeks damages pursuant to A.R.S. § 23-

18  355(A).

19

20

21

22

23

## PRAYER FOR RELIEF

*WHEREFORE, Plaintiff respectfully requests that this Court:*

A.  Award Ms. Araujo damages for unpaid overtime, plus liquidated damages in an equal amount, plus compensatory and punitive damages as provided by the FLSA, 29 U.S.C. § 216(b), and interest, in an amount to be determined at trial;

B.  Award Ms. Araujo three-times the full amount of overtime earned, as provided by A.R.S. § 23-355(A), and interest, in an amount to be determined at trial;

C.  Award attorneys' fees and costs to Ms. Araujo for legal services provided by the University of Arizona pursuant to 29 U.S.C. § 216(b);

D.  Grant such additional and further relief as the Court deems just and proper.

## DEMAND FOR JURY TRIAL

Ms. Araujo hereby demands a jury trial on all causes of action and claims with respect to which she has a right to jury trial.

Tucson, AZ
July 18, 2014

Respectfully submitted,

BY: _____/s/_____
                    Nina Rabin
                    Attorney for Plaintiff