Nina Rabin, AZ Bar #025246
Workers' Rights Clinic
University of Arizona Rogers College of Law
1145 N. Mountain Ave.
Tucson, AZ 85719
Telephone: (520) 621-9206
Fax: (520) 626-5233
rabin@email.arizona.edu

Attorney for Plaintiff Maria Araujo

**UNITED STATES DISTRICT COURT**
DISTRICT OF ARIZONA

| | |
|---|---|
| MARIA DE LA LUZ ARAUJO SANCHEZ, ) | |
| ) | Case No. 4:14-cv-02237-JR |
| Plaintiff, ) | |
| ) | |
| v. ) | **NOTICE OF DISMISSAL** |
| ) | |
| TANIA'S FLOUR TORTILLAS & MEXICAN FOOD, ) | |
| ROSE RIVERA, ENRIQUE RIVERA, ) | |
| TANIA THOMPSON, AND OCTAVIO DORAME. ) | |
| ) | |
| Defendants. ) | |

Plaintiff Maria de la Luz Araujo Sanchez hereby dismisses the above captioned case with prejudice pursuant to Fed. R. Civ. P. 41(a)(1).

Tucson, AZ
January 5, 2015

                                                Respectfully submitted,

                                    BY: _____/s/_____
                                            Nina Rabin
                                            Attorney for Plaintiff